**United States Bankruptcy Court**
**For the Southern District of Georgia**

In the matter of: Debtor
IDA M. RICHARDSON
4268 GLENDALE
DETROIT, MI 42238

Case No:
05-12369

2007 APR 17 AM 9:04

U.S. BANKRUPTCY COURT
AUGUSTA, GA
SAMUEL L. KAY, CLERK

Page 1 of 2

## FINAL REPORT AND ACCOUNT

Report Printed April 13, 2007

K-COMPLETED  SS #1: XXX-XX-1600
Attorney: JAMES DUNCAN III & ASSOC PC
Plan Filed Date: Jul 22, 2005  Plan Confirmed: Nov 28, 2005  Case Concluded: Apr 13, 2007

Your Trustee hereby certifies that this case has been fully administered, that a detailed record of all receipts and disbursements has been maintained; copies are attached to the original filed with the Clerk and incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors. $59,139.33

| Creditor Name | Clm # | Class | Claim Amount | Debt Allowed | Total Paid | Balance Due |
|---|---|---|---|---|---|---|
| JAMES DUNCAN III & ASSOC PC | 999 | ATY | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 |
| CLERK OF U S BANKRUPTCY COURT | 991 | FFE | $155.00 | $155.00 | $155.00 | $0.00 |
| CLERK U S BANKRUPTCY COURT | 994 | ADM | $39.00 | $39.00 | $39.00 | $0.00 |
| IDA M. RICHARDSON | 000.0 | DTR | | | $27,812.34 | $0.00 |
| AMERICAN EXP TRAVEL REL SVC | 001.0 | UNS | $825.35 | $825.35 | $825.35 | $0.00 |
| AMERICAN EXP CENTURION BANK | 002.0 | UNS | $7,595.98 | $7,595.98 | $7,595.98 | $0.00 |
| ECAST SETTLEMENT CORP | 003.0 | UNS | $7,194.04 | $7,194.04 | $7,194.04 | $0.00 |
| ECAST SETTLEMENT CORP | 004.0 | UNS | $310.36 | $310.36 | $310.36 | $0.00 |
| PLUNKETT HEATING & A C CO INC | 005.0 | SEC | $1,173.00 | $1,173.00 | $1,179.35 | $0.00 |
| (Includes interest paid at 6.50% of $6.35) | | | | | | |
| L V N V FUNDING | 006.0 | UNS | $8,428.73 | $8,428.73 | $8,428.73 | $0.00 |
| ECAST SETTLEMENT CORP | 007.0 | SEC | $500.00 | $500.00 | $502.71 | $0.00 |
| (Includes interest paid at 6.50% of $2.71) | | | | | | |
| ECAST SETTLEMENT CORP | 007.1 | UNS | $484.79 | $484.79 | $484.79 | $0.00 |
| WELLS FARGO BANK N A | 008.0 | ARR | $51,352.89 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO BANK N A | 008.1 | ARR | $128.45 | $128.45 | $128.45 | $0.00 |
| L V N V FUNDING | 009.0 | UNS | $1,114.59 | $1,114.59 | $1,114.59 | $0.00 |
| CHAPTER 13 TRUSTEE FEE | | TRU | | $1,868.64 | $1,868.64 | $0.00 |

cc:   JAMES DUNCAN III & ASSOC PC
      P O BOX 211003
      AUGUSTA, GA 30917-1003

PAGE 1 - CONTINUED ON NEXT PAGE

|      | Secured    | Priority | Unsecured   | Admin      | Attorney   | Other       | Total Paid  |
|------|------------|----------|-------------|------------|------------|-------------|-------------|
| Debt | $1,801.45  | $0.00    | $25,953.84  | $2,062.64  | $1,500.00  | 27,812.34   |             |
| Paid | $1,810.51  | $0.00    | $25,953.84  | $2,062.64  | $1,500.00  | $27,812.34  | $59,139.33  |

\* RAP (Reduced Amount to Paid)

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your petitioner as Trustee and releasing Trustee's surety from all liability on account of the proceedings; closing the estate, and for such other relief as is just.

Barnee C. Baxter, Trustee